UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ASHLEY CIMONE CARTER,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:17-cv-00718-RDP |
| } | |
| **FAMILY DOLLAR STORES OF** } | |
| **ALABAMA, INC., et al.,** } | |
| } | |
| Defendants. } | |

## **ORDER**

This case is before the court on Plaintiff's failure to comply with the June 1, 2017 Order of this court. (Doc. # 8). In that Order, the court directed Plaintiff, who is proceeding *pro se*, to amend her Complaint on or before June 21, 2017, to comply with a Magistrate Judge's earlier order to replead the Complaint. (*Id.*). That Order included language **in bold and capital text** that warned Plaintiff that "[f]ailure to comply with this order as directed may result in dismissal of this action without further notice." (*Id.*). The June 21, 2017 deadline has come and passed, and as of the date of entry of this Order, Plaintiff has not filed her Amended Complaint or requested an extension of time.

The Federal Rules of Civil Procedure "expressly authorize a district court to dismiss a claim, including a counterclaim, or entire action for failure to prosecute or obey a court order or federal rule." *State Exchange Bank v. Hartline*, 693 F.2d 1350, 1352 (11th Cir. 1982); *see* Fed. R. Civ. P. 41(b-c). Additionally, a district court has "inherent . . . authority to enforce its orders and ensure prompt disposition of legal actions." *State Exchange*, 693 F.2d at 1352.

Plaintiff has failed to obey the court's June 1, 2017 Order, and has remained silent since the entry of that Order, despite the court's express warning about the consequences of her failure to comply. (Doc. # 8). Accordingly, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff at her address of record.

**DONE** and **ORDERED** this September 12, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE